UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMA MACCINI,<br><br>Defendant. | Case No. 2:17-cv-02256-JAM-AC<br><br>JUDGMENT |

Having considered the parties Stipulation for Entry of Judgment, the record contained herein, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. JUDGMENT is hereby entered AGAINST Defendant Alma Maccini, and IN FAVOR OF Plaintiff, the United States of America, in the amount of $361,628.29, as of December 20, 2017, together with interest, penalties and administrative costs pursuant to 31 U.S.C. § 3717, and 31 C.F.R. § 901.9, from that date until the liability is paid in full.

2. Each party shall bear its own costs and attorney's fees associated with this action.

DATED: February 5, 2018

HON. JOHN A. MENDEZ
United States District Judge

[PROPOSED] JUDGMENT

1